IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 2: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ᴛɴ, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 03-20364-Ma

AARON RUMLEY,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the government's September 12, 2005, unopposed motion to reset the sentencing of Aaron Rumley, which is presently set for September 20, 2005. For good cause shown, the motion is granted. The sentencing of defendant Aaron Rumley is **reset to Friday, October 7, 2005, at 2:30 p.m.**

It is so ORDERED this 14th day of September, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-15-05

153

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 153 in case 2:03-CR-20364 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT