IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                  NO. 03-20364-Ma

AARON RUMLEY,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the defendant's October 21, 2005, unopposed motion to reset the sentencing of Aaron Rumley, which is presently set for October 21, 2005.  For good cause shown, the motion is granted.  The sentencing of defendant Aaron Rumley is **reset to Thursday, November 3, 2005, at 10:30 a.m.**

It is so ORDERED this 24th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 2:03-CR-20364 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT