PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | *Filed in Open Court* |
| ) | *11-4-05  Jee* |
| vs ) | |
| ) | |
| Aaron Rumley ) | **Case No.** 03-20364-01-Ma |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Aaron Rumley, have discussed with Murray Fullner, Pretrial Services Officer, modification of my release conditions to include the following:

1) Defendant shall notify his present employer of the nature of his federal conviction
2) Defendant shall accurately disclose his criminal record in response to questions on employment applications

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/4/05   _____  11-2-05
Signature of Defendant    Date     Supervisory Pretrial Services Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/4/05
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 11/4/05.

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____  11/4/05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in case 2:03-CR-20364 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT